**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alexander OSTERHUBER, Defendant—Appellant.**

**No. 03–30225.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 16, 2004.

George F. Darragh, Jr., Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Robin B. Hammond, Esq., Federal Public Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER and BEA, Circuit Judges.

### MEMORANDUM **

Alexander Osterhuber appeals the 24–month sentence resulting from his guilty-plea conviction for illegal reentry by a previously deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Osterhuber's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).